# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JEREMY CARTER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:18-cv-00350-JEO |
| | ) | |
| **COMPANION LIFE** | ) | |
| **INSURANCE CO., et. al** | ) | **\*\*UNOPPOSED\*\*** |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Health Insurance Innovations, Inc. ("HII") hereby files this Unopposed Motion for Extension of Time for certain deadlines and shows as follows:

1. Counsel for HII has conferred with counsel for all Parties and they do not oppose (and have agreed to) the relief requested in this Motion.

2. This Court entered a Memorandum Opinion and Order (Doc. 66) on Friday, February 22, 2019 granting in part and denying in part the Motions to Dismiss filed by HII and by Companion Life Insurance Co. ("Companion Life") and Allied National, Inc. ("Allied"). (Docs. 46, 51.)

3. On March 7, 2018, the Parties moved for an extension of time to conduct the Rule 26(f) Conference and to extend the time for HII, Companion Life,

and Allied National to file a responsive pleading. This Court granted that motion by text order on March 8, 2019.

4. The parties planned to conduct their Rule 26(f) Conference on April 2, 2019. Unfortunately, the Parties were unable to conduct their Rule 26(f) Conference as scheduled.

5. The parties are in need of additional time to satisfy the provision of the Order Regarding Compliance with Rule 26 (Doc. 29), specifically with regard to the pre-conference exchange of Rule 26(a)(1) initial disclosures.

6. The Parties have conferred and agreed that the Rule 26(f) Conference should be held the week of May 6–10, 2019 and that the Rule 26(f) Report should be due to the Court on or before May 17, 2019.

7. Additionally, the Parties have agreed that HII, Companion Life, and Allied should have until Friday, May 17, 2019 to file a responsive pleading.

For these reasons, HII moves for an Order:

A. Extending the time for the Parties to hold their Rule 26(f) Conference until Friday, May 10, 2019.

B. Extending the time for the Parties to file their Rule 26(f) report until Friday, May 17, 2019.

C. Extending the time for HII, Companion Life, and Allied to file their responsive pleading until Friday, May 17, 2019.

Respectfully submitted this 4th day of April, 2019.

/s/ Steven C. Corhern
(ASB-3130-V84C)
*One of the Attorneys for Health Insurance Innovations, Inc.*

**OF COUNSEL:**
David R. Boyd
Steven C. Corhern
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203-4642
Telephone:  205-226-8765
Facsimile:   205-488-5798

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing via CM/ECF, which will effectuate service on the following counsel of record, on this the 4th day of April, 2019:

Trey J. Malbrough
Malbrough Firm, LLC
P.O. Box 531383
Birmingham, AL  35253

Michael W Whisonant, Jr.
Jaffe, Hanle, Whisonant & Knight, PC
2320 Arlington Avenue South
Birmingham, AL 35205
205-930-9800
205-930-9809 (fax)
mwhisonant@rjaffelaw.com

R. Austin Huffaker, Jr.
Rushton Stakely Johnston & Garrett PA
P.O. Box 270
Montgomery, AL  36101-0270

John D. Elrod
Terminus 200
3333 Piedmont Road, NW, Suite 2500
Atlanta, Georgia 30305
Telephone: 678-553-2259
Facsimile: 678-553-2269
elrodj@gtlaw.com

                                              */s/ Steven C. Corhern*
                                              Of Counsel